# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ<br><br>        Plaintiff(s),<br><br>    v.<br><br>VISIONS IN FURNITURE, INC.,<br><br>        Defendant(s). | CASE NO.<br> 2:22−cv−02210−DSF−MAR<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed.  Plaintiff is ordered to file a motion for default judgment on or before .  Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: October 20, 2022                 _/s/ Dale S. Fischer_
                                        Dale S. Fischer
                                        United States District Judge