JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br>  Plaintiff,<br><br>         v.<br><br>VISIONS IN FURNITURE, INC.,<br>  Defendant. | CV 22-2210 DSF (MARx)<br><br>JUDGMENT |

The Court having granted Plaintiff's motion for default judgment,

IT IS ORDERED AND ADJUDGED that Defendant Visions in Furniture, Inc. pay Plaintiff Antonio Fernandez $4,000.00 in statutory damages, $1,385.00 in attorney's fees, and $402.00 in costs. Defendant is further ordered to provide accessible paths of travel at the Visions in Furniture store located at 15024 Leffingwell Rd., La Mirada, California as required by the Americans with Disabilities Act Accessibility Guidelines.

Date: December 12, 2022

*Dale S. Fischer*
Dale S. Fischer
United States District Judge